Victor Adeniyi Aladekoba, pro se. Jamie M. Bennett, Assistant United States Attorney, Baltimore, MD, for appellee.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

Victor Adeniyi Aladekoba seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Aladekoba,* Nos. CR–93–18; CA–00–1423–WMN (D.Md. Apr. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Kenneth W. Kemp, pro se.

Laura Marie Everhart, Assistant United States Attorney, Norfolk, VA, for appellee.

Before WIDENER and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kenneth W. Kemp seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Kemp,* Nos. CR–93–117; CA–00–960-2 (E.D.Va. Apr. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kenneth W. KEMP, a/k/a El, a/k/a Al, a/k/a Lamont, a/k/a L,
Defendant–Appellant.**

No. 01–7122.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 3, 2001.

Decided Oct. 18, 2001.

**Steven E. LANG, Plaintiff–Appellant,**

v.

**NORDSTROM, INCORPORATED, Defendant–Appellee.**

No. 01–1527.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 18, 2001.

Decided Oct. 22, 2001.